DAVID E. KAHN, City Attorney (98128)
KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
REBECCA L. MOON, Assistant City Attorney (167981)
ROBERT L. BOCO, Assistant City Attorney (197032)
CITY OF SUNNYVALE
OFFICE OF THE CITY ATTORNEY
456 West Olive Ave.
Sunnyvale, CA 94086
(408) 730-7464 (voice)
(408) 730-7468 (fax)

Attorneys for Defendant
JAMES ANTON, BENJAMIN HOLT, and
SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

JAMES ALAN BUSH,

  Plaintiff,

vs.

JAMES ANTON, BENJAMIN HOLT,
SUNNYVALE DEPARTMENT OF PUBLIC
SAFETY,

  Defendants.

Case No.: C08 03459 HRL

NOTICE OF RELATED CASE

BY FAX

Defendant is informed and believes that the case *Bush v. Sunnyvale Dept. of Public Safety*, 5:08-CV-01354-JF, is related to the above-entitled case in that the actions involve the same parties and arise out of the same events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Dated: July 17, 2007

CITY OF SUNNYVALE

By: _____
    Rebecca L. Moon
    Assistant City Attorney

-1-

NOTICE OF RELATED CASE