**E-filed 8/13/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**JAMES ALAN BUSH,**

    Plaintiff,

    v.

**JAMES ANTON, et al.,**

    Defendants.

_____

No. C-08-3459-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this case, the Court has rescheduled the Case Management Conference currently scheduled for November 4, 2008. The new hearing date is Friday, November 7, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 8/13/08                    For the Court,
                                      Richard W. Wieking, Clerk

                                      Diana Munz
                                      electronic signature
                                      Courtroom Deputy