DAVID E. KAHN, City Attorney (98128)
KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
REBECCA L. MOON, Assistant City Attorney (167981)
ROBERT L. BOCO, Assistant City Attorney (197032)
CITY OF SUNNYVALE
OFFICE OF THE CITY ATTORNEY
456 West Olive Ave.
Sunnyvale, CA 94086
(408) 730-7464 (voice)
(408) 730-7468 (fax)

Attorneys for Defendants
JAMES ANTON, BENJAMIN HOLT, and
SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES ANTON, BENJAMIN HOLT, SUNNYVALE DEPARTMENT OF PUBLIC SAFETY,<br><br>    Defendants. | Case No.: C 08-03459 JF<br><br>**AMENDED NOTICE OF MOTION FOR DISMISSAL [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)], OR IN THE ALTERNATIVE, MOTION TO DISMISS OR QUASH FOR DEFECTIVE SERVICE OF PROCESS [FRCP 12(b)(5)]**<br><br>Date:  October 17, 2008<br>Time:  9:00 a.m.<br>Dept.:  3 – Fifth Floor<br>Judge: Hon. Jeremy Fogel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE

NOTICE that on October 17, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard,

in Courtroom 3 of the above-entitled court, located at 280 S. First Street, San Jose, California,

Defendants James Anton, Benjamin Holt and the Sunnyvale Department of Public Safety will

move to dismiss the complaint on the ground that Plaintiff has failed to state a claim upon which

-1-

AMENDED NOTICE OF MOTION FOR DISMISSAL                        C 08-03459 JF

relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  In the alternative, Defendants will request that the Court order Plaintiff to file a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).  In the alternative, Defendants will move to dismiss or quash the complaint on the ground of improper service under Federal Rule of Civil Procedure 12(b)(5).

Dated: August 21, 2008                              CITY OF SUNNYVALE


                                                     By: _____/S/_____
                                                           Rebecca L. Moon
                                                           Assistant City Attorney
                                                           Attorneys for Defendants
                                                           CITY OF SUNNYVALE, JAMES
                                                           ANTON and BENJAMIN HOLT

**PROOF OF SERVICE BY MAIL**
*James Alan Bush v. James Anton, et. al.*
**Case No.:  C 08-03459 JF**

I am a citizen of the United States and employed in Santa Clara County. My business address is 456 West Olive Avenue, Sunnyvale, California 94086.  I am over the age of 18 years and not a party to this action.

On August 21, 2008, I served the following document(s) described as:

**AMENDED NOTICE OF MOTION FOR DISMISSAL [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)], OR IN THE ALTERNATIVE, MOTION TO DISMISS OR QUASH FOR DEFECTIVE SERVICE OF PROCESS [FRCP 12(b)(5)]**

in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95116

[x]   (U.S. MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sunnyvale, California.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that practice is that correspondence is deposited with the United States Postal Service that same day as the day of collection in the ordinary course of business.

[ ]   [FACSIMILE]  By transmitting a true copy thereof by facsimile transmission from facsimile number (408) 730-7468 to the interested parties in said action at the facsimile number(s) shown above.

[ ]   [OVERNIGHT DELIVERY]  By placing a true copy thereof enclosed in a sealed envelope with delivery charges to be billed to the City of Sunnyvale, to be delivered by Federal Express Overnight Service to the address(es) shown above.

[ ]   [HAND DELIVERED]   By delivering a true copy thereof enclosed in a sealed envelope to the address(es) shown above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Certificate of Service is true and correct.  Executed on August 21, 2008, at Sunnyvale, CA.

___/s/_____
SAM ROBERTS