```
James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95116
(408) 217-8282
theodore_knock@mac.com

Plaintiff in pro per
```

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-03459 HRL |
| Plaintiff, | NOTICE OF AND MOTION FOR REMAND |
| v. | [Title 28 U.S.C. §§ 1441(c), 1447(c)] |
| James Anton, Benjamin Holt, Devon Klein, Sunnyvale Department of Public Safety, | |
| Defendants. | Judge Jeremy Fogel |

**NOTICE OF MOTION FOR REMAND**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

Please take notice that on Wednesday, October 22nd, 2008, at 9:00 p.m., or as soon thereafter as counsel may be heard, Plaintiff, James Alan Bush, will move this Court, located at the Robert F. Peckham Federal Building, on 280 South First Street, in Courtroom 3, 5th Floor,

for an order to remand this action to the Superior Court of California, County of Santa Clara.

### MOTION FOR REMAND

In response to the Notice of Removal filed by the defendants in this action, James Alan Bush, Plaintiff, moves the court for an order, pursuant to Title 28 U.S.C. §§ 1441(c), 1447(c), to remand this action to the Superior Court of California, the court from which it was removed.

On July 17th, 2008, Defendants removed this case pursuant to Title 28 U.S.C. § 1441(b), on the grounds that the district court has federal question jurisdiction per Title 28 U.S.C. § 1331 for claims alleging the deprivation of civil rights pursuant to Title 42 U.S.C. § 1983.

### GROUNDS FOR RELIEF

Plaintiff is entitled to a remand of this action based on the lack of federal question jurisdiction and defects in removal procedure; specifically:

1. Removal was improper in that the court lacks federal question jurisdiction over this matter. The federal law upon which federal question jurisdiction is based must provide a private right of action in order for the case to raise a substantial federal question; otherwise, the action is properly a state-law action based on the violation of a federal law [Merrell Dow Pharm. v. Thompson (1986) 478 US 804, 813-814, 478 US 804, 92 L Ed2d 650; Utley v. Varian Assocs., Inc. (9th Cir 1987) 811 F2d 1279, 1283, 1286]. Plaintiff's action for injunctive and declaratory relief is expressly created by

NOTICE OF AND MOTION FOR REMAND                                          PAGE 2

Civ. Code § 1798.45(b), (c). An implied private right of action is not a cause of action in which a state statute expressly creates.

- removal was premised on Title 28 U.S.C. § 1442, which allows federal agencies or officers to remove actions to federal court when they are sued in connection with actions taken under color of their office. Defendants have no official standing in this capacity under Title 28 U.S.C. § 1442, and, therefore, may not remove this action on the basis of this statute.
- the predominate claim presented in the complaint does not arise under the Constitution, treaties, or laws of the United States; rather, it is grounded in the statutes of the State of California. Title 28 U.S.C. § 1441(c) authorizes the district court to remand all matters in which state law predominates.
- this action may not be removed because it is ancillary to an action pending in the Superior Court of California [Ohio v. Doe, 433 F.3d 502 (6th Cir. 2006)]. It arises out of the same transaction or occurrences, and involves common questions of law or fact, as Case No. 1-08-CV-117784; and, it seeks to resolve issues of fact in dispute, which are material to the aforementioned case. Therefore, only the Superior Court of California is a proper forum for the trial of this claim, as this court lacks jurisdiction over it.

2. Defendants failed to comply with the minimal requirements as set forth in Title 28 U.S.C. § 1446(a), in that, a copy of the Notice of Removal was not filed with the clerk in state court.

## RECORD FOR MOTION

The papers on which this motion is based include this document, the Notice of Motion for Remand, Declaration of Plaintiff, Certificate of Service, and the original complaint filed in the Superior Court of California.

Signed: _____   Dated: 8-20-08

## DECLARATION OF PLAINTIFF

James Alan Bush, Plaintiff, in support of his Motion for Remand, declares the following:

1. My name is James Alan Bush. I am over 18 years of age. I reside at 1211 East Santa Clara Avenue #4 in San Jose, California. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated in this declaration are true and correct.

2. This action was commenced in the Superior Court of California by the filing of a complaint on July 14th, 2008. The action is a civil action brought pursuant to Civ. Code § 1798.45(b), (c), and seeks injunctive and declaratory relief against Defendants for failure to properly maintain its records concerning the plaintiff, which, due to errors and omissions contained therein, resulted in the denial of qualifications and benefits to which the plaintiff might otherwise be entitled.

3. The complaint was served on the defendants on July 14th, 2008.

4. On July 17th, 2008, Defendants removed this action to the United

States District Court for the Northern District of California. Plaintiff received a Notice of Removal by mail on July 23, 2008. A copy of this notice is attached to this declaration and is a true and correct copy of the notice I received. It is incorporated by reference as Exhibit "A", and Plaintiff asks the court to take judicial notice of its contents under Rule 201 of the Federal Rules of Evidence. (Note: The complaint *Bush v. Klein, et al.*, attached to the Notice of Removal is not the same complaint filed by the plaintiff).

5. I am filing this Motion for Remand on August 18, 2008, so that it is filed within 30 days of the filing of the Notice of Removal, as required by Title 28 U.S.C. § 1447(c).

6. This Motion for Remand is based on the procedural defects as well as the lack of federal question jurisdiction, and is made within 30 days of the receipt of the Notice of Removal in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed: _____    Dated: 8-20-08

DAVID E. KAHN, City Attorney (98128)
KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
REBECCA L. MOON, Assistant City Attorney (167981)
ROBERT L. BOCO, Assistant City Attorney (197032)
CITY OF SUNNYVALE
OFFICE OF THE CITY ATTORNEY
456 West Olive Ave.
Sunnyvale, CA 94086
(408) 730-7464 (voice)
(408) 730-7468 (fax)

Attorneys for Defendant
JAMES ANTON, BENJAMIN HOLT, and
SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ANTON, BENJAMIN HOLT, SUNNYVALE DEPARTMENT OF PUBLIC SAFETY,<br><br>Defendants. | Case No. C 08-03459 HRL<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND RELATED DOCUMENTS** |

Barbara Roberts certifies and declares as follows:

I am over the age of eighteen years and not a party to this action. My business address is the City of Sunnyvale, Office of the City Attorney, 456 West Olive Avenue, Sunnyvale, CA 94086, which is located in the City, County and State where the mailing described herein below took place.

On July 17, 2008, I deposited in the United States Mail at Sunnyvale, California to plaintiff pro per James Alan Bush, 1211 East Santa Clara Avenue #4, San Jose, CA 95116, a

-1-

1  copy of the Notice to Adverse Party and Clerk of The Santa Clara County Superior Court of

2  Removal to Federal Court of Action No. 1-08-CV-117199 Under 28 U.S.C. 1441(B) [Federal

3  Question]; Demand For Jury Trial; Civil Case Cover Sheet; and Notice of Related Cases.

    On July 22, 2008, I also caused a copy of all of the following documents received from the Clerk of the Northern District in connection with United States District Court Action Number C 08-03459 HRL to be mailed in a sealed envelope per standard business practices to Plaintiff James Alan Bush at his above-described address: (1) filed Civil Case Cover Sheet; (2) Order Setting Initial Case Management Conference and ADR Deadlines; (3) Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; and (4) Welcome to the United States District Court, Clerk's Office, San Jose Division.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Certificate of Service is true and correct.

Dated: July 22, 2008

Barbara Roberts

-2-

CERTIFICATE OF SERVICE            C 08-03459 HRL