1  James Alan Bush
   1211 East Santa Clara Avenue #4
2  San Jose, CA 95116
   (408) 217-8282
3  theodore_knock@mac.com

4  Plaintiff *in pro per*

5

# RECEIVED

AUG 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10

11

12

                    UNITED STATES DISTRICT COURT

                   DISTRICT OF NORTHERN CALIFORNIA

                        SAN JOSE DIVISION

13  James Alan Bush,              )    Case No.: C 08-03459 JF
                                  )
14              Plaintiff,        )    ORDER GRANTING REMAND
                                  )
15      v.                        )    [Title 28 U.S.C. §§ 1441(c), 1447(c)]
                                  )
16                                )
                                  )
17  James Anton, Benjamin Holt, Devon )
    Klein, Sunnyvale Department of )
18  Public Safety,                )
                                  )
19              Defendants.       )    Judge Jeremy Fogel
                                  )
20  _____

21                    **ORDER GRANTING REMAND**

22     The Motion of Plaintiff to remand this action to the Superior Court

23  of California was submitted for decision on Wednesday, October 22nd,

24  2008. This court has considered the papers submitted in support of and

25  in opposition to the motion, the authorities cited by the parties, and

26  the arguments of counsel. It appears to the court that the procedure

ORDER GRANTING REMAND                                        PAGE 1

1   employed to remove this action was defective and that the court has no

2   federal question jurisdiction over the action.

3       Therefore,

4       IT IS ORDERED that:

5   1.  Plaintiff's motion to remand this case to the Superior Court of

6       California is GRANTED;

7   2.  This case is REMANDED to the Superior Court of California; and,

8   3.  The Clerk of this Court is directed to prepare a certified copy

9       of this order and mail it to the Clerk of the Superior Court of

10      California.

11

12  Signed: _____    Dated: _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26