James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95116
(408) 217-8282
theodore_knock@mac.com

Plaintiff in pro per

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-03459 HRL |
| Plaintiff, | EX PARTE MOTION FOR ORDER SHORTENING TIME |
| v. | [Civil L.R. 6-3, 7-10] |
| James Anton, Benjamin Holt, Devon Klein, Sunnyvale Department of Public Safety, | |
| Defendants. | Judge Jeremy Fogel |

RELIEF SOUGHT

Pursuant to Civil Local Rules 6-3 and 7-10, Plaintiff, James Alan Bush, applies, ex parte, for an order shortening time for a hearing on his filed Motion for Remand, which was filed on Wednesday, August 20th, 2008.

## GROUNDS FOR RELIEF

Shortened time is sought on the ground that a swift hearing on the issue of an order to remand this case to the Superior Court of California is necessary because it is ancillary to another case pending in the same court.

## CERTIFICATE OF SERVICE

In accordance with Local Rule 6-3(b), Plaintiff notified defense counsel by telephone, on Wednesday, August 20, 2008, at 10:00 a.m., that Plaintiff would apply to this court for an Order Shortening Time. Plaintiff mailed a copy of this motion and the proposed order on the same day.

## SUPPORTING PAPERS

This motion is based on this document, on all of the pleadings and papers already on file in this action.

Signed: _[signature]_    Dated: 8-20-08