1  James Alan Bush
   1211 East Santa Clara Avenue #4
2  San Jose, CA 95116
   (408) 217-8282
3  theodore_knock@mac.com

4  Plaintiff *in pro per*

RECEIVED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-03459 HRL |
| Plaintiff, | ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO REMAND |
| v. | [Civil L.R. 6-3] |
| James Anton, Benjamin Holt, Devon Klein, Sunnyvale Department of Public Safety, | |
| Defendants. | Judge Jeremy Fogel |

**ORDER SHORTENING TIME FOR HEARING ON MOTION TO REMAND**

*Ex Parte* Motion for Order Shortening Time for hearing on Plaintiff's Motion to Remand was submitted for decision on Wednesday, August 20th, 2008. This court has considered the papers submitted in support of this motion, and it appears that, if a hearing on the Motion to Remand were delayed, it would adversely affect a related case pending in the

1 | Superior Court of California.
2 |    Therefore,
3 | IT IS ORDERED that:
4 | 1. Plaintiff's motion to shorten time for hearing on his Motion to
5 |    Remand is GRANTED;
6 | 2. The Clerk of this Court is directed to schedule a hearing on
7 |    the Motion to Remand at the earliest possible time, which is
8 |    _____.

10 | Signed: _____     Dated: _____